

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00468-CV

**IN THE INTEREST OF U.U.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22208
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellee's brief was originally due October 5, 2018. Neither the brief nor a motion for extension of time was filed, and on October 12, this court ordered the brief filed by October 22, 2018. Appellee then filed a motion for extension of time requesting a further extension of time to November 21, 2018 to file the brief.

We **grant** the motion and **order** appellee Dunja Markovic's brief due **November 21, 2018**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief is not filed by the date ordered, the court may set the appeal for submission without an appellee's brief and without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court